# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3157
_____

SEAN P. REILLY,

Appellant,

v.

JENNIFER DAVIS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

February 6, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sean P. Reilly, pro se, Appellant.

Eric Thomas Abrahamsen of the Law Offices of Friedman & Abrahamsen, Tallahassee, for Appellee.